United States Courts
Southern District of Texas
FILED
*September 30, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | §  CRIMINAL NO. **L-25-CR- 1551** |
| | § |
| **JESUS GABRIEL DE LIRA-VILLALPANDO** | § |
| | §  **DS** |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

On or about September 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS GABRIEL DE LIRA-VILLALPANDO,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with Border Patrol Agent Arturo Ramirez III, and engaged in acts involving physical contact, while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

**COUNT TWO**

On or about September 2, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JESUS GABRIEL DE LIRA-VILLALPANDO,**

did knowingly enter or attempt to enter the United States at any time or place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
Michael T. Poyfair
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

**CRIMINAL DOCKET**   L-25-CR-1551

<u>  LAREDO  </u> DIVISION          NO._____

FILE: 2025R11499    MAG#:  25MJ1763              **DS**
<u>INDICTMENT</u>       Filed:<u> SEPTEMBER 30, 2025</u>     Judge:_____

ATTORNEYS:

UNITED STATES OF AMERICA

<u>NICHOLAS J. GANJEI, USA</u>

VS.                        <u>MICHAEL T. POYFAIR, AUSA</u>

**JESUS GABRIEL DE LIRA-VILLALPANDO**

**CHARGE:**
Ct 1:       Assault on a Federal Officer by physical contact [18 USC 111(a)(1)]
Ct 2:       Improper entry by alien [8 USC §1325(a)(1)]

**TOTAL COUNTS: 2**

**PENALTY:**
Ct 1:       Not More Than 8 Years and/or $250,000, $100 Special Assessment,
            Not More Than a 3 Year Term of Supervised Release [Each Count]

Ct 2:       Not More Than 6 months and/or $2,000, $10 Special Assessment